# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

|  |  |  |
|---|---|---|
| CARLOS ANTHONY MILLER, | : | |
|  | : | |
| Plaintiff, | : | |
|  | : | Case No. 3:18cv00176 |
| vs. | : | |
|  | : | District Judge Thomas M. Rose |
| STATE OF OHIO, | : | Magistrate Judge Sharon L. Ovington |
|  | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.   The Report and Recommendations docketed on May 25, 2018 (Doc. #3) is ADOPTED in full;

2.   Plaintiff's Complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2); and

3.   The case is terminated on the docket of this Court.

*s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge